UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH E. MULLIN,

                                  Plaintiff,

                -against-

WL ROSS & CO. LLC,
ROSS CG ASSOCIATES, L.P.,
ROSS EXPANSION FLP, L.P.,
ABSOLUTE RECOVERY ADVISORS, LP,
ABSOLUTE RECOVERY CAPITAL PARTNERS, LLC,
ASIA RECOVERY ASSOCIATES, LP,
INDIA ASSET RECOVERY ASSOCIATES, LLC,
WLR NANOTECHNOLOGY GP LLC,
WLR NANOTECHNOLOGY LP LLC,
WLR RECOVERY ASSOCIATES, LLC,
WLR RECOVERY ASSOCIATES II, LLC,
WLR RECOVERY ASSOCIATES III, LLC,
WLR RECOVERY ASSOCIATES IV, LLC, AND
WLR RECOVERY ASSOCIATES IV DSS AIV, L.P.

                                 Defendants.

Civil Action No. 1:16-cv-10060-(RJS) (BCM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/17

## ACKNOWLDGEMENT OF SERVICE
## AND STIPULATION OF ADJOURNMENT

Plaintiff Joseph E. Mullin and Defendants WL Ross & Co. LLC, Ross CG Associates, L.P., Ross Expansion FLP, L.P., Absolute Recovery Advisors, LP, Absolute Recovery Capital Partners, LLC, Asia Recovery Associates, LP, India Asset Recovery Associates, LLC, WLR Nanotechnology GP LLC, WLR Nanotechnology LP LLC, WLR Recovery Associates, LLC, WLR Recovery Associates II, LLC, WLR Recovery Associates III, LLC, WLR Recovery Associates IV, LLC and WLR Recovery Associates IV DSS AIV, L.P. (collectively, "Defendants"), by their undersigned counsel, hereby stipulate as follows:

WGM_Trailer

1.     Defendants each acknowledge and accept service of the Summons and Complaint in this matter and waive any objection to the sufficiency of service of process (while preserving all other objections and defenses); and

2.     Defendants shall answer, move or otherwise respond to the Complaint on or before February 10, 2017.


DATED:  New York, NY
              January 5, 2017


**PRESS LAW FIRM PLLC**

By: _____
     Matthew J. Press
     825 Third Avenue, Second Floor
     New York, NY 10022
     tel: (212) 922-1111


**WEIL GOTSHAL & MANGES LLP**

By: _____
     David J. Lender
     Kevin F. Meade
     767 Fifth Avenue
     New York, NY 10153-0119
     tel: (212) 310-8000


SO ORDERED_____
Dated:
   1/13/17    RICHARD J. SULLIVAN
                U.S.D.J.

2