UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH E. MULLIN,<br><br>                                    Plaintiff,<br><br>     -against-<br><br>WL ROSS & CO. LLC,<br>ROSS CG ASSOCIATES, L.P.,<br>ROSS EXPANSION FLP, L.P.,<br>ABSOLUTE RECOVERY ADVISORS, LP,<br>ABSOLUTE RECOVERY CAPITAL PARTNERS, LLC,<br>ASIA RECOVERY ASSOCIATES, LP,<br>INDIA ASSET RECOVERY ASSOCIATES, LLC,<br>WLR NANOTECHNOLOGY GP LLC,<br>WLR NANOTECHNOLOGY LP LLC,<br>WLR RECOVERY ASSOCIATES, LLC,<br>WLR RECOVERY ASSOCIATES II, LLC,<br>WLR RECOVERY ASSOCIATES III, LLC,<br>WLR RECOVERY ASSOCIATES IV, LLC, and<br>WLR RECOVERY ASSOCIATES IV DSS AIV, L.P.,<br><br>                                    Defendants. | Case No. 1:16-cv-10060 (RJS) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Joseph E. Mullin, by and through his undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice as against all Defendants.  The parties shall bear their own costs and fees.

Dated: New York, New York
        February 1, 2017

Respectfully submitted,

_____
Matthew J. Press
Press Law Firm PLLC
825 Third Avenue, Second Floor
New York, NY 10022
(212) 922-1111 (Phone)
(347) 342-3882 (Fax)

mpresss@presslawfirm.com
*Attorneys for Plaintiff*